AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GRIFFEN LEE<br><br>*Plaintiff(s)*<br>v.<br>LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES<br><br>*Defendant(s)* | Civil Action No. 17cv60471-UNGARO/AOR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LAW OFFICES OF CHARLES G. MCCARTHY JR. & ASSOCIATES
2100 Manchester Road Suite 1450
Wheaton, IL 60187-4534

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540
&
Thomas-John Law, P.A. 100 SE 6th St., Suite 1700, Fort Lauderdale, FL 33301. Phone: (877)575-0020 Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 03/06/2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| GRIFFEN LEE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  17cv60471-UNGARO/AOR |
| LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHARLES G. MCCARTHY JR.
27W233 Wallace Rd.
Wheaton, IL 60189

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540

&

Thomas-John Law, P.A. 100 SE 6th St., Suite 1700, Fort Lauderdale, FL 33301. Phone: (877)575-0020 Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  03/06/2017

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts