UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed this action on March 4, 2017, alleging claims under the Fair Debt Collection Practices Act (the "FDCPA") and the Florida Consumer Collection Practices Act (the "FCCPA"). D.E. 1. Defendant, which is a law firm with its principal place of business in Illinois, was served on March 8, 2017, such that its answer to Plaintiff's Complaint was due on March 29, 2017. D.E. 6.

On March 30, 2017, after Defendant failed to respond to Plaintiff's Complaint, the Court issued an Order to Show Cause as to why Plaintiff had not moved for a Clerk's Entry of Default. D.E. 8. On this same date, Defendant, through undersigned counsel Charles G. McCarthy, Jr., filed its Answer and Affirmative Defenses. D.E. 9.

However, attorney Charles G. McCarthy, Jr. is not licensed to practice in the State of Florida or before this Court. "**Lawyers who are not members of the bar of this Court shall not be permitted to engage in general practice in this District.**" S.D. Fla. Local Rules,

Special Rules Governing the Admission and Practice of Attorneys, R. 4(b) (emphasis added). Accordingly, it is

ORDERED AND ADJUDGED that Defendant SHALL show cause, in writing, on or before **Monday, <u>April 10, 2017</u>**, as to why Charles G. McCarthy, Jr., has failed to file a motion for appearance pro hac vice that complies with S.D. Fla. Local Rule 4(b). Alternatively, Charles G. McCarthy, Jr. may file a motion for appearance pro hac vice or a motion to withdraw as counsel by that date. **<u>Failure to comply with this Order will result in striking Defendant's Answer, D.E. 9, and entry of default against Defendant without further notice.</u>** It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL mail a copy of this Order to Charles G. McCarthy, Jr., Law Offices of Charles G. McCarthy, Jr. and Associates, 707 North East Street Suite Two Bloomington, IL  61701.

DONE AND ORDERED in Chambers at Miami, Florida, this _31st_ day of March, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record;
Charles G. McCarthy, Jr.,