UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17cv60471

GRIFFEN LEE,

    Plaintiff,

vs.

CHARLES G. MCCARTHY, JR. d/b/a LAW
OFFICE OF CHARLES G. MCCARTHY
JR. & ASSOCIATES,

    Defendant.

_____

FILED by PG D.C.
APR 1 0 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## ANSWER TO SHOW CAUSE AND MOTION TO APPEAR PRO SE

Now comes the Defendant, Charles G. McCarthy, Jr., and answers and petitions the Court as follows:

1. Defendant Charles G. McCarthy, Jr. is an individual operating as a d/b/a in the name of The Law Offices Of Charles G. McCarthy Jr. & Associates.

2. Charles G. McCarthy, Jr. is a licensed attorney and indicated this fact in his answer to Plaintiff's Complaint.

3. This indication was to inform all involved that he is a licensed attorney, but in no way was it intended to appear that Charles G. McCarthy, Jr. was:

    a. An attorney licensed to practice in the State of Florida;

    b. Attempting to engage in the general practice in any District in Florida, or;

    c. Attempting to practice law before this Court.

4. Defendant is being sued as an individual, not as a law firm.

5. Defendant was attempting to defend himself against the Plaintiff.

6. Defendant is not seeking to appear as a Florida licensed attorney, but rather as an individual.

## PRAYER FOR RELIEF

Wherefore, Defendant petitions this court to allow Defendant to appear as an individual before this Court.

Respectfully submitted,

By :/s/Charles G. McCarthy, Jr.
707 North East Street
Suite Two
Bloomington, IL 61701
630-571-4126
Email: charlie@mccarthy.net

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

## CERTIFICATE OF SERVICE

I hereby certify that I electronically served The Law Offices of Jibrael S. Hindi, PLLC at jibrael@jibraellaw.com and Thomas John Law, P.A. @ tpatti@thomasjohnlaw.com on April 7, 2017 before 11:59 PM.  This answer was also filed with the Court by mailing a copy overnight service with the USPS thereof on April 7, 2017 before 6:00 PM.

/s/Charles G. McCarthy, Jr.
Charles G. McCarthy, Jr. and
Associates
707 North East Street
Suite Two
Bloomington, IL  61701
309-828-7000
charlie@mccarthy.net

ESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

1007

33126

60187
APR 07 17
AMOUNT
**$23.75**
R2304M113206-08

IORITY
MAIL ★
PRESS™

TEST SERVICE IN THE U.S.

USMS INSPECTED

15

ED INTERNATIONALLY,
OMS DECLARATION
MAY BE REQUIRED.

2013 OD: 12.5 x 9.5

001000006

EL688948354US

EL688948354US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

C McCARTHY
707 NORTH EAST ST
SUITE TWO
BLOOMINGTON IL 61701

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)

☒ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

CLERK OF COURT
400 N MIAMI AVE
MIAMI FL 33128

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☒ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code: 60187 | Scheduled Delivery Date (MM/DD/YY): 4-10-17 | Postage: $ 23.75 | |
| Date Accepted (MM/DD/YY): 4-7-17 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 3:31 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 23.75 | |
| Weight: ☐ Flat Rate lbs. 2 9 ozs. | Acceptance Employee Initials: 9m | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 4-8 | 1000 ☐ AM ☐ PM | JG |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

