UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed this action on March 4, 2017, alleging claims under the Fair Debt Collection Practices Act (the "FDCPA") and the Florida Consumer Collection Practices Act (the "FCCPA"). Plaintiff's Complaint alleges these claims against "Defendant CHARLES G. MCCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES, ('MCARTHY & ASSOCIATES')." D.E. 1.

On March 30, 2017, Charles G. McCarthy, Jr., purported to file an Answer and Affirmative Defenses on behalf of the "Law Office of Charles G. McCarthy, Jr. & Associates." D.E. 9. However, attorney Charles G. McCarthy, Jr. is not licensed to practice in the State of Florida or before this Court and, as such, cannot provide legal representation on behalf of a corporation without being admitted to appear before the Court pro hac vice.

The Court has repeatedly ordered Mr. McCarthy, Jr. to file, through counsel licensed to practice before this Court, a motion to appear pro hac vice. D.E. 10, 14. In response, Mr.

McCarthy, Jr. has repeatedly refused and, instead, insists that he is representing himself *pro se*, rather than representing the Law Office of Charles G. McCarthy Jr. & Associates. D.E. 12, 17, 18.

Mr. McCarthy, Jr. may defend himself against claims brought against him in his individual capacity, *pro se*, subject to the Federal Rules of Civil Procedure and Southern District of Florida Local Rules. **However, "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."** *Palazzo v. Gulf Oil Corp.*, 764 F. 2d 1381, 1385 (11th Cir. 1985); *Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.,* 748 F.2d 602, 609 (11th Cir. 1984) ("[C]orporations must always be represented by legal counsel."). **Accordingly, Mr. McCarthy, Jr. cannot appear to defend claims against the Law Office of Charles G. McCarthy Jr. & Associates without being admitted to appear before the Court pro hac vice**. *S.D. Fla. Local Rules, Special Rules Governing the Admission and Practice of Attorneys*, R. 4(b) (emphasis added).

In light of the apparent confusion over whether Plaintiff seeks to recover from: (1) Mr. McCarthy, Jr. in his individual capacity; or (2) the Law Office of Charles G. McCarthy Jr. & Associates, the Court will require that Plaintiff file a statement with the Court clarifying the allegations in his Complaint. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL file a statement with the Court, not to exceed three (3) pages, no later than **Monday, April 17, 2017**, as to whether his Complaint, D.E. 1, purports to state a claim, under the FDCPA and FCCPA, against (1) Mr. McCarthy, Jr. in his individual capacity or (2) the Law Office of Charles G. McCarthy Jr. & Associates. **The**

**Court will rely on Plaintiff's position for the duration of this litigation. Failure to comply with this Order will result in dismissal of this action without further notice.** It is further

ORDERED AND ADJUDGED that **the Clerk of Court SHALL mail a copy of this Order to Charles G. McCarthy, Jr., Law Offices of Charles G. McCarthy, Jr. and Associates, 707 North East Street Suite Two Bloomington, IL  61701**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of April, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record;
Charles G. McCarthy, Jr.