UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-60471-UU

GRIFFEN LEE

    Plaintiff,

vs.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

## DEFENDANT'S MOTION TO STRIKE PROVISIONS CONTAINED IN AFFIRMATIVE DEFENSE II & COUNTERCLAIM

COMES NOW, Defendant, **THE LAW OFFICES OF CHARLES G. MCCARTHY, JR.**, and after telephone conversation with opposing counsel on Friday, June 23, 2017, Defendant files this Motion to Strike certain Provisions contained in Defendant's First Amended Answer, Affirmative Defenses and Counterclaim, and states that:

1. Defendant strikes in Affirmative Defense II, Allegation 9, First Line the following words: "**Plaintiff's attorney**" and, replaces it with the word: "**Plaintiff**".

2. Defendant strikes in Counterclaim, in the heading, the words "**MALICIOUS PROSECUTION**". Defendant further strikes the entire allegations contained in Counterclaim **paragraphs numbered: 3, 4, 5** and **8**.

3. Defendant has advised Plaintiff's counsel of these revisions and he is unopposed to this Motion to Strike.

                                                      Respectfully Submitted,

By :/s/Charles G. McCarthy, Jr.
2100 Manchester Road
Suite 1450
Wheaton, IL  60187
630-571-4126
Email: charlie@mccarthy.net

Christine M. Moreno, Esquire

Fla Bar No. 436150

Christine M. Moreno, Attorney, PA

4450 SE Federal Highway

Stuart, FL 34997

Tel: (772) 288-1020

E-Mail: moreno4law@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

### CERTIFICATE OF SERVICE

I hereby certify that I electronically served The Law Offices of Jibrael S. Hindi, PLLC and Thomas John Law, P.A. by filing with the Clerk of Court's Electronic Filing System on June 26, 2017 before 4:59 PM. Pursuant to Local Rule 7.1, Defendant's counsel contacted opposing counsel Jibrael Hindi who stated that he was unopposed to Defendant's Motion to Strike.

/s/Charles G. McCarthy, Jr.
Attorney for Defendant Charles G.
McCarthy, Jr. and Associates
2100 Manchester Road
Suite 1450
Wheaton, IL 60187
630-571-4126
charlie@mccarthy.net

Christine M. Moreno, Esquire
Fla Bar No. 436150
Christine M. Moreno, Attorney, PA
4450 SE Federal Highway
Stuart, Florida 34997
Tel: (772) 288-1020
E-Mail: moreno4law@gmail.com