

# FLORIDA OFFICE of FINANCIAL REGULATION

Smart, Efficient and Effective Regulation

Home   About OFR   Apply for a License   Verify a License   File a Complaint   News   Research Resources

## License Search Results Detail

| | |
|---|---|
| **License Name:** | FOREST RECOVERY SERVICES, LLC |
| **DBA Name:** | |
| | |
| **License Type:** | Consumer Collection Agency |
| **Status:** | Approved |
| **Status Effective Date:** | 11/16/2016 |
| **Original Date of License:** | 8/20/2013 |
| **License Number:** | CCA9903188 |
| **License Expiration Date:** | 12/31/2017 |
| | |
| **License Main Address:** | |
| **Street:** | 111 WEST MAIN ST SUITE 206 |
| **City:** | INVERNESS |
| **State:** | FL |
| **Zip Code:** | 34450 |
| **License Mailing Address:** | |
| **Street:** | PO BOX 83 |
| **City:** | BARRINGTON |
| **State:** | IL |
| **Zip Code:** | 60011 |
| | |
| **Phone Number:** | |

Search for Final Orders

[ New Search ]   [ Return to Search Results ]

Accessibility                    Contact Us                    Site Map
                                 (850) 487-9687