UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff/Counterclaim Defendant,

v.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant/Counter-Claim Plaintiff,
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Pursuant to this Court's Scheduling Order for Pretrial Conference and Trial, D.E. 32, the parties' Joint Interim Report was due on August 22, 2016, but was not timely filed. Accordingly, it is

ORDERED and ADJUDGED that Plaintiff shall show cause in writing no later than **Thursday**, **August 31, 2017**, why this case should not be dismissed for failure to file a timely Interim Joint Status Report. In the alternative, the parties may file the Interim Joint Status Report by that date. **Failure to comply with this Order will result in dismissal of this case without further notice.**

DONE AND ORDERED in Chambers, Miami, Florida, this _24th_ day of August, 2017.

                                    _____
                                    URSULA UNGARO
                                    UNITED STATES DISTRICT JUDGE

copies provided: counsel of record.