UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-CV-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR. d/b/a
LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

## INTERIM JOINT STATUS REPORT

In accordance with the Scheduling Order [D.E. 32], Plaintiff/Counter-Defendant GRIFFEN LEE ("Plaintiff") and Defendant/Counter-Plaintiff CHARLES G. McCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR & ASSOCIATES ("Defendant"), by and through their undersigned counsel, after having conferred on the matter, submit this Interim Status Report, and in doing so, jointly address the following issues

    1.    **Have all defendants been served? If not, state the reasons**:

        (a)    Yes. All defendants have been served.

    2.    **If this is a class action, has a motion for class certification been filed? If so, what is the status?**:

        (b)    This case has no class allegations.

    3.    **If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?**

  (c) Discovery is still open. Plaintiff anticipates deposing Defendant prior to the close of discovery which is September 22, 2017. No notice of deposition has been issued.

4. **Are there Motions or Discovery Disputes Pending?**

  (d) There are no discovery disputes pending. Plaintiff on July 5, 2017 filed a motion for judgment on the pleadings, or, in the alternative, motion for summary judgment; and a motion to dismiss counter-claim. Defendant timely filed his Response and Objection on July 12, 2017 per court order dated July 6, 2017, and Plaintiff filed his untimely Reply on July 19, 2017. All aforementioned motions, responses, and replies have been fully briefed and are ripe for rulings from this Court. Plaintiff's answer to Defendant's Counter-claim is still outstanding pending the court's ruling on Plaintiff's motion to dismiss.

5. **Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?**

  (e) Yes. The parties have also agreed to a place, date and time as described in the Notice.

6. **Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations.**:

  (f) The parties have discussed the possibility of settlement but seem to be at an impasse. A ruling on the pending motions may assist the parties in further settlement discussions

7. **If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?**

    (g)  The parties are not in agreement to a trial before a Magistrate Judge.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: August 28, 2017

Respectfully submitted,

| | |
|---|---|
|     /s/ Christine M. Moreno         |  /s/ Jibrael S. Hindi              . |
| **CHRISTINE M. MORENO, ESQ.** | **JIBRAEL S. HINDI, ESQ.** |
| Florida Bar No. 436150 | Florida Bar No.: 118259 |
| E-Mail: moreno4law@gmail.com | E-mail:    jibrael@jibraellaw.com |
| Christine M. Moreno, Attorney, PA | THE LAW OFFICES OF JIBRAEL S. HINDI |
| 4450 SE Federal Highway | 110 SE 6th Street, Suite 1744 |
| Stuart, Florida 34997 | Fort Lauderdale, Florida 33301 |
| Telephone: 772/288-1020 | Phone:     954-907-1136 |
| Facsimile:  772/288-3578 | Fax:        855-529-9540 |
| AND | AND |
|     /s/ Charles G. McCarthy, Jr.     |  /s/ Thomas J. Patti               . |
| **CHARLES G. McCARTHY, JR., ESQ.** | **THOMAS J. PATTI, ESQ.** |
| E-Mail: charlie@mccarthy.net | Florida Bar No.: 118377 |
| Law Offices of Charles G. McCarthy, Jr & Associates | E-mail:    tpatti@thomasjohnlaw.com |
| | THOMAS-JOHN LAW, P.A. |
| 2100 Manchester Road, Suite 1450 | 110 SE 6th Street, Suite 1700 |
| Wheaton, IL 60187 | Fort Lauderdale, Florida 33301 |
| Telephone: 630/571-4126 | Phone:     954-543-1325 |
| | Fax:        954-507-9975 |
| COUNSEL FOR DEFENDANT | |
| | *COUNSEL FOR PLAINTIFF* |