UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

    Defendant.

_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. Mediation took place on September 18, 2017, but no mediation report has been filed apprising the Court of the outcome of the mediation. D.E. 36. Accordingly, it is

ORDERED and ADJUDGED that Plaintiff SHALL file a mediation report by **Friday, September 29, 2017**. **Failure to comply with this Order will result in the dismissal of this case without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _26th_ day of September, 2017.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record