## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 17-CV-60471-UU

GRIFFEN LEE,

     Plaintiff,

vs.

CHARLES B. McCARTHY, JR.
d/b/a LAW OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

     Defendant.

_____/

### REPORT ON MEDIATION

The above-referenced parties and their counsel of record, pursuant to Court order, engaged in a mediation conference on September 18, 2017, during the hours, 4:00–6:00 P.M.

Undersigned mediator, George Elias, Jr., Esquire, does hereby inform the Court that the mediation resulted in an **IMPASSE.**

Respectfully submitted,

GEORGE ELIAS, JR., ESQUIRE, MEDIATOR
1090 Kane Concourse, Suite 202
Bay Harbor Islands, Florida 33154
Telephone: 305-861-1020
Facsimile:  305-865-6756
Email:    gelaw2@att.net