| HOME PAGE | TERMS OF USE | MAKE A PAYMENT |



**Law Office of Charles G McCarthy, JR and Associates**

At the law office of Charles G. McCarthy Jr. and Associates, our clients come first. Every client is treated with courtesy and is guaranteed effective and aggressive representation. Our expertise and integrity have earned us a reputation as a leader in the Legal Debt Collection Industry.

Our consistent track record of uncompromising ethics instills confidence and trust. We use cutting edge technologies that allows us to respond quickly, efficiently, and give you the most relevant information and perspectives.

The McCarthy Law Office is dedicated to achieving the best outcome for every client. With us on your side, you will always come out on top.

*Any use of this website constitutes acceptance of the Site Use Agreement*

Law office of Charles G. McCarthy Jr. & Associates
PO Box 1045
Bloomington, IL 61701
(800)-866-6080
Fax# 309-829-4136
charlie@mccarthy.net

Content copyright 2017. The Law Office of Charles G. McCarthy, Jr. and Associates. All rights reserved.



POWERED BY WEBSITE BUILDER FROM GODADDY.COM

| HOME PAGE | TERMS OF USE | MAKE A PAYMENT |



Law Office of Charles G McCarthy, JR and Associates

**Terms of Use**

This website is here for your convenience. By using this site you agree that you have received or have been notified of all legal disclosures.

We have listed them here for your benefit

This communication is from a Debt Collector.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

You are advised that unless you dispute the validity of the foregoing debt or any portion thereof within 30 days after receipt of this letter, we will assume the debt to be valid. On the other hand, if you notify us in writing within said 30-day period that the debt or any portion thereof is disputed, we will obtain verification of the debt and will mail you a copy of such verification. You are also advised that upon your request within the aforesaid 30 days, we will provide you with the name and address of your original creditor, if different from the creditor referred to in this letter.

All Payment options are provided for your convenience, at your request, any fees associated to the payment option selected are not additions to the debt owed.

In the event that you email our office, you agree to having us reply via email and that access by any third party to your email is your responsibility.

Script embedded in HTML

Content copyright 2017. The Law Office of Charles G. McCarthy, Jr. and Associates. All rights reserved.



POWERED BY WEBSITE BUILDER FROM GODADDY.COM