UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **CHARLOTTE PORTER** | ) | |
| | ) | |
|    **Plaintiff** | ) | |
| | ) | |
|    vs. | ) | NO. 09-1370 |
| | ) | |
| **THE LAW OFFICE OF CHARLES G.** | ) | |
| **MCCARTHY, JR. & ASSOCIATES** | ) | |
| | ) | |
|    **Defendant** | ) | |

### DEFENDANT'S VERIFIED ANSWER

Now comes the Defendant, The Law Office of Charles G. McCarthy, Jr. & Associates by and through its attorney, Charles G. McCarthy, Jr., and in response to the Plaintiff's Verified Complaint, states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collections Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

    **RESPONSE: Admitted.**

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

    **RESPONSE: Admitted.**

3. Because Defendant conducts business in the state of Illinois, personal jurisdiction is established.

**RESPONSE: Admitted.**

4. Venue is proper pursuant to 28 U.S.C. 1391 (b)(1).

    **RESPONSE: Admitted.**

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

6. **RESPONSE: Admitted.**

## PARTIES

7. Plaintiff is a natural person who resides in the City of Festus, County of Jefferson, State of Missouri and is obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

    **RESPONSE: Defendant admits that Plaintiff is a natural person and, on information and belief, resides in the City of Festus, County of Jefferson, State of Missouri. Plaintiff is obligated to pay this particular debt, and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).**

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Bloomington County of McLean, State of Illinois.

    **RESPONSE: Defendant denies the allegations of this paragraph except that Defendant maintains an office in Bloomington, Illinois.**

9. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

5

**RESPONSE: Admitted.**

## FACTUAL ALLEGATIONS

10. Defendant has constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

    **RESPONSE: Defendant denies the allegations of this paragraph.**

11. Defendant threatened to file a lawsuit against Plaintiff if Plaintiff did not pay the alleged debt.

    **RESPONSE: Defendant denies the allegations of this paragraph.**

12. Plaintiff does not owe the entire debt as the Defendant added its [sic] own Attorney's Fees to the alleged debt (See letter from Defend [sic].

    **RESPONSE: Defendant denies the allegations of this paragraph and believes the paragraph to be incomplete.**

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTIONS PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 ET SEQ.

13. Plaintiff repeats, realleges, and incorporates by reference all of the foregoing paragraphs.

    **RESPONSE: Defendant repeats, realleges, and incorporates by reference all of the foregoing responses to allegations.**

14. Defendant **violated the FDCPA**. Defendant's violations include, but are not limited to the following:

    a. Defendant violated §1692e(2)(A) of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does

    not owe the entire amount that Defendant is attempting to collect, as the

    Defendant has included its [sic] own Attorney's Fees.

 b. Defendant violated §1692e(5) of the FDCPA by threatening to file a lawsuit

   against Plaintiff even though Defendant does not intend to do so.

**RESPONSE: Defendant denies the allegations of this paragraph in its entirety including subparagraph (a) and (b).**

  Wherefore Defendant respectfully prays for dismissal of the complaint, reasonable attorney's fees to defend this action be awarded to Defendant, court costs awarded to Defendant, and any other relief this Honorable Court deems appropriate.

                Respectfully submitted,

By: _____
Charles G. McCarthy, Jr.
705 North East Street
Suite Two
Bloomington, IL 61701
309-828-7000

**VERIFICATION**

**(STATE OF ILLINOIS)**

  Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and

5

correct, except as to matters stated to be on information and belief, and as to those matters, the undersigned certifies that he verily believes the same to be true.

Pursuant to 28 U.S.C. § 1746(2), I, Charles G. McCarthy, Jr., hereby declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____

Charles G. McCarthy, Jr.
DEFENDANT