**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:17-cv-60471-UU**

GRIFFEN LEE,

      Plaintiff,

v.

CHARLES G. MCCARTHY, JR. d/b/a LAW
OFFICE OF CHARLES G. MCCARTHY JR.
& ASSOCIATES,

      Defendant.

_____/

### STATEMENT OF UNDISPUTED MATERIAL FACTS

In light of Local Rule 56.1, S.D. Fla. Rules, Plaintiff GRIFFEN LEE ("Plaintiff"), by and through undersigned counsel, submits the following Statement of Undisputed Material Facts in support of Plaintiff's Motion for Summary Judgment.

1.      In the Collection Letter[1], CGM LAW states: "*The following Validation Notice is **required by law** to advise you of the following facts regarding this account . . .* " <u>D.E. 1-6</u> (emphasis added).

2.      In the Collection Letter, CGM LAW further states that: "***This communication is from a debt collector. The Purpose of this letter is to collect a debt and any information will be used for that purpose***." *See* <u>D.E. 1-6</u> (emphasis added).

3.      On the bottom-right portion of the Collection Letter, CGM LAW directs the consumer to <u>www.mccarthylf.com</u> (the "Website" or "Defendant's Website") to "***review*** [his or her] ***account and other payment options***." *See* <u>D.E. 1-6</u>.

---

[1] The "Collection Letter" refers to the letter attached to the Complaint as an exhibit [D.E. 1-6].

4.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "At all times material, [CGM LAW] has been subject to the FCCPA." *See* D.E. 37 at 4, ¶ 12.

5.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "The debt at issue (the 'Consumer Debt') is a financial obligation Plaintiff incurred primarily for personal, family, or household purposes." *See* D.E. 37 at 4, ¶ 13.

6.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "The Consumer Debt is a 'debt' governed by the FDCPA and FCCPA." *See* D.E. 37 at 5, ¶ 14 (*citing* 15 U.S.C. § 1692a(5); Fla. Stat. § 559.55(6)).

7.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "Plaintiff is a 'consumer' within the meaning of the FDCPA," *See* D.E. 37 at 5, ¶ 15 (*citing* 15 U.S.C. § 1692a(3)).

8.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "On or about February 01, 2017, [CGM LAW] sent a collection to Plaintiff (the 'Collection Letter') in an attempt to collect the Consumer Debt." *See* D.E. 37 at 5, ¶ 17.

9.      In its Amended Answer [D.E. 37], CGM LAW explicitly admits, without reservation, that: "In the Collection Letter, [CGM LAW] identifies itself as a debt collector." *See* D.E. 37 at 5, ¶ 18.

10.      In its Amended Answer [D.E. 37], CGM LAW admits that: "[it] has never been licensed to collect consumer debts in the State of Florida." *See* D.E. 37 at 8, ¶ 28.

11.      In its Amended Answer [D.E. 37], CGM LAW admits that: "[CGM LAW] knew [it] was not licensed as a Consumer Collection Agency." *See* D.E. 37 at 8, ¶ 30.

DATED: October 2, 2017

Respectfully Submitted,

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax:    855-529-9540

       AND

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tpatti@thomasjohnlaw.com
Thomas-John Law, P.A.
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: 954-543-1325
Fax:    954-507-9975

*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 2, 2017, the foregoing was electronically

filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic

filing to all counsel of record.

       /s/ Jibrael S. Hindi           .

**JIBRAEL S. HINDI, ESQ.**

Florida Bar No.: 118259