**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. On May 24, 2017, the Court issued her Scheduling Order for Pretrial Conference and Trial which, among other things, required that the parties file their Joint Pretrial Stipulation no later than **Friday, October 27, 2017.** The parties failed to file any Pretrial Stipulation. Accordingly, it is

ORDERED and ADJUDGED that the parties SHALL file their Joint Pretrial Stipulation, including any Proposed Jury Instructions or Proposed Findings of Fact and Conclusions of Law, in accordance with the Court's May 24, 2017 Scheduling Order, no later than **Wednesday, November 1, 2017. Failure to comply with this Order may result in dismissal of this case or entry of default against Defendant without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2017.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record