UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-CV-62971-WJZ

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. MCCARTHY, JR. d/b/a LAW
OFFICE OF CHARLES G. MCCARTHY JR.
& ASSOCIATES,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 55]**

    Plaintiff GRIFFEN LEE ("Plaintiff"), by and through undersigned counsel, submits the following Response to this Court's Order to Show Cause [D.E. 55] as to why the parties failed to file the requested Joint Pretrial Stipulation, as per the Scheduling Order for Pretrial Conference and Trial [D.E. 32] (the "Scheduling Order"), and states the following:

    1.    Pursuant to the Scheduling Order, "[t]he parties are precluded from filing unilateral pretrial stipulations; any party causing unilateral pre-trial stipulations to be filed will be required to show cause why sanctions should not be imposed." D.E. 32 at 2. As such, the Parties were required to submit, *inter alia*, Joint Pretrial Stipulation on or before October 27, 2017. Id. On October 30, 2017, this Court entered an Order to Show Cause [D.E. 55] as to why the Parties had failed to submit the request Joint Pretrial Stipulation.

    2.    Subsequent to the Court's Order [D.E. 55], counsel for Plaintiff rigorously sought to confer with opposing counsel to construct the requisite stipulations; however, counsel for Plaintiff was unable to engaging in any meaningful conference with opposing counsel due to opposing counsel's admitted unfamiliarity with the law, as well as the Federal and Local Rules.

3. In light of this shortcoming, counsel for Plaintiff constructed a proposed Joint Pretrial Stipulation for opposing counsel's review. A copy of the proposed Joint Pretrial Stipulation which counsel for Plaintiff provided to opposing counsel is attached here as Composite Exhibit "A."

4. Upon submitting the proposed Joint Pretrial Stipulation to opposing counsel, Counsel for Plaintiff requested that opposing counsel provide meaningful feedback as to any concerns or questions that may be had with the proposed Joint Pretrial Stipulation. Despite this request, however, opposing counsel instead opted respond to the proposed Joint Pretrial Stipulation by demanding certain information be either included or excluded ***without explanation or justification***. For example, counsel for Plaintiff sought to use, *inter alia*, the Statement of Undisputed Material Facts [D.E. 52] as foundational facts which could be stipulated, as Defendant chose not to oppose such facts in accordance with Local Rule 56.1, S.D. Fla. Rules. Opposing counsel, however, denied that such facts were settled and instead demanded the inclusion of disputes which are otherwise settled.

5. Accordingly, despite counsel for Plaintiff's good-faith attempts, opposing counsel has opted to refrain from any good-faith conference to facilitate the submission of a joint pretrial stipulation – both due to opposing counsel's own admission of not fully understanding the requite procedure, as well as opposing counsel's discussion to approach the situation adversarially instead of objectively.

WHEREFORE, in light of Defendant's inability and/or failure to partake in any good-faith conference for purposes of creating a joint pretrial stipulation, Plaintiff requests that this Court allow the submission of unilateral pretrial stipulations, or, in the alternative, grant any relief which the Court deems proper.

DATED: November 2, 2017

                                                               Respectfully Submitted,

                                                        /s/ Jibrael S. Hindi
                                             **JIBRAEL S. HINDI, ESQ.**
                                             Florida Bar No.: 118259
                                             E-mail: jibrael@jibraellaw.com
                                             THE LAW OFFICES OF JIBRAEL S. HINDI
                                             110 SE 6th Street, Suite 1744
                                             Fort Lauderdale, Florida 33301
                                             Phone: 954-907-1136
                                             Fax:    855-529-9540

                                                          AND

                                             /s/ Thomas J. Patti
                                             **THOMAS J. PATTI, ESQ.**
                                             Florida Bar No.: 118377
                                             E-mail:tpatti@thomasjohnlaw.com
                                             Thomas-John Law, P.A.
                                             110 SE 6th Street, Suite 1700
                                             Fort Lauderdale, Florida 33301
                                             Phone: 954-543-1325
                                             Fax:    954-507-9975

                                             *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377