UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

## ORDER ON MOTION TO STRIKE RESPONSE

THIS CAUSE is before the Court upon Defendant's Motion to Strike Plaintiff's Unilateral Joint Pretrial Stipulation, D.E. 57.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On May 24, 2017, the Court issued her Scheduling Order for Pretrial Conference and Trial, D.E. 32, which required that the parties file their Joint Pretrial Stipulation, including Joint Proposed Jury Instructions and Verdict Form, by **October 27, 2017**. The Order also provided: "**The parties are precluded from filing unilateral pretrial stipulations; any party causing unilateral pre-trial stipulations to be filed will be required to show cause why sanctions should not be imposed.**" D.E. 32 (emphasis added).

The parties had failed to timely file their Joint Pretrial Stipulation, including any Joint Proposed Jury Instructions and Verdict Form. On October 30, 2017, the Court issued an order requiring that the parties file their Joint Pretrial Stipulation, including any Joint Proposed Jury Instructions and Verdict Form, by **November 1, 2017**, and otherwise warning the parties that

failure to comply might result in dismissal of this case or entry of default against Defendant without further notice. D.E. 55.

On November 2, 2017, Plaintiff filed a response to the Court's Order, representing that Plaintiff attempted to confer with Defendant's counsel, but that Defendant's counsel responded "to the proposed Joint Pretrial Stipulation by demanding certain information be either included or excluded without explanation or justification." D.E. 56 ¶ 4. Then, Plaintiff attached his Pretrial Stipulation, which included both parties' draft exhibit and witness lists and a proposed verdict form, but **did** not include any proposed jury instructions. D.E. 56-1.

On this same date, Defendant filed its Motion to Strike Plaintiff's Unilateral Joint Pretrial Stipulation, D.E. 57, requesting that the Court: (1) strike and dismiss Plaintiff's Proposed Pretrial Stipulation; and (2) grant Defendant leave to file its own unilateral Pretrial Stipulation. In support thereof, Defendant represents that Defendant's counsel repeatedly attempted to confer with Plaintiff's counsel, but Plaintiff's counsel either did not respond or, alternatively, revised the parties' draft pretrial stipulation "omitting many of defendant's issues and defenses, omitting one of the exhibits, omitting defendant's relevant documents, and omitting many undisputed and disputed facts." D.E. 57.

The Court will not tolerate this gamesmanship. "Lawyers are officers of the court and they are responsible to the judiciary for the propriety of their professional activities." Preamble, Fla. Rules of Professional Conduct Ch. 4. Lawyers, therefore, have a duty to "demonstrate respect for the legal system and for those who serve it, including judges, other lawyers, and public officials." *Id.* Based on the parties' representations, Plaintiff's and Defendant's counsel have demonstrated a lack of respect for each other and this Court. Thus, the Court will strike Plaintiff's unilateral pretrial stipulation and order that the parties meet and confer and, then, file a

**Joint** Pretrial Stipulation, **including Joint Proposed Jury Instructions and Verdict form.** Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 57, is GRANTED. Plaintiff's Pretrial Stipulation, D.E. 56-1, is HEREBY STRICKEN. It is further

ORDERED AND ADJUDGED Plaintiff and Defendant SHALL file their **Joint** Pretrial Stipulation no later than **Friday**, **November 17, 2017**. The Joint Pretrial Stipulation must include, among other requirements set forth by the Court's Scheduling Order and the Federal Rules of Civil Procedure: (1) a joint concise statement of the case; (2) agreed stipulated facts; (3) statement of issues and facts for determination of trial; and (4) agreed issues of law. The parties SHALL also file **Joint** Proposed Jury Instructions and Verdict Forms. In addition, the Joint Pretrial Stipulation submitted on November 13, 2017 must include all witnesses and exhibits that the parties intend to use at trial, or else the use of such witnesses or exhibits will be WAIVED. All exhibits must be listed on the Court's standard exhibit form. **Failure to comply with this Order may result in the parties being held in contempt or the imposition of sanctions, including potentially dismissal or entry of a default and the imposition of attorneys fees and costs depending on which counsel the Court finds to be at fault.**

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of November, 2017.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record