UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:16-CV-62971-WJZ**

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. MCCARTHY, JR. d/b/a
LAW OFFICE OF CHARLES G.
MCCARTHY JR. & ASSOCIATES,

    Defendant.
_____/

**PLAINTIFF'S TRIAL EXHIBIT LIST AND WITNESS LIST**

    Plaintiff GRIFFEN LEE ("Plaintiff") may offer the following Exhibits at trial. Defendant CHARLES G. MCCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES' ("Defendant") may object to the admission of such exhibits on the following seven (7) grounds:

    A – Authenticity;
    I – Contains Inadmissible Matter;
    R – Relevancy;
    H – Hearsay;
    UP – Unduly prejudicial;
    P – Privileged; and
    O – Other.

**Plaintiff's Exhibit List**

| Exhibit Number | Date Identified | Date Admitted | Objections | Description of Exhibit | Likelihood of Offering |
|---|---|---|---|---|---|
| 1. | | | | Collection letter | Intends to offer |
| 2. | | | | Answer filed by Defendant in separate proceeding | Intends to offer |

**Plaintiff's Witness List**

| Witness Number | Name | Address | Likelihood of Offering |
|---|---|---|---|
| 1. | Griffen Lee | 463 Kingsbridge Street Boca Raton, Florida 33487-4010 | Intends to offer |

[END OF DOCUMENT]