UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-CV-62971-WJZ

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. MCCARTHY, JR. d/b/a
LAW OFFICE OF CHARLES G.
MCCARTHY JR. & ASSOCIATES,

    Defendant.
_____/

## VERDICT FORM

**(Note: Answer "Yes" or "No" to each question by checking the appropriate space.)**

    1.    Was CHARLES G. MCCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES, required to be licensed as a consumer collection agency by the State of Florida?

    Yes:_____    No:_____

    2.    Was Defendant exempt from registration by § 559.553(3)(h)?

    Yes:_____    No:_____

    3.    Was Plaintiff authorized to initiate a lawsuit against Defendant pursuant to § 559.565(1) or § 559.565(3)?

    Yes:_____    No:_____

3.  Was it unlawful for Defendant to attempt to collect the debt from Plaintiff without possessing a Florida consumer collection agency license in compliance with Fla. Stat. § 559.553?

**YES:** _____  **NO:** _____

4.  Did the Defendant engage in false, deceptive, or misleading conduct, in violation of 15 U.S.C. § 1692e and e(10), by attempting to collect the debt from Plaintiff without being lawfully permitted to collect such debt from Plaintiff?

**YES:** _____  **NO:** _____

5.  Did the Defendant falsely represent the character or legal status of a debt, in violation of 15 U.S.C. § 1692e(2)(A), by attempting to collect the debt from Plaintiff without being lawfully permitted to collect such debt from Plaintiff?

**YES:** _____  **NO:** _____

6.  Did the Defendant threaten to take an action that it could not legally take, in violation of 15 U.S.C. § 1692e(5), by attempting to collect the debt from Plaintiff without being lawfully permitted to collect such debt from Plaintiff?

**YES:** _____  **NO:** _____

7.  What amount of statutory damages should be awarded to the Plaintiff as a result of the Defendant's violation(s) of the FDCPA? You can award any amount between $0 and $1,000.

**Amount of Damages: $**_____

_____
Date


_____
Signature