UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:17-cv-60471-UU

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

    Defendant.

_____/

## ORDER ON MOTION FOR RECONSIDERATION

THIS CAUSE is before the Court upon Plaintiff's Motion for Reconsideration, D.E. 66.

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. For reasons set forth on the record at the December 22, 2017 hearing, Plaintiff's Motion is DENIED.

ORDERED AND ADJUDGED that the Motion, D.E. 66, is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _22d_ day of December, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record