UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-60471-CIV-O'SULLIVAN
[CONSENT]

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court *sua sponte.* Having granted the Plaintiff's Motion for Summary Judgment, it is

ORDERED AND ADJUDGED that if the parties agree to the amount of damages, the plaintiff shall file a stipulation as to the amount of damages on or before **Monday, May 21, 2018.** If the parties are unable to agree as to the amount of damages, it is

ORDERED AND ADJUDGED that the plaintiff shall brief the issue of entitlement to and the amount of damages by **Tuesday, May 29, 2018.** The defendant shall file his response by **Tuesday, June 12, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this <u>14th</u> day of May, 2018.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record