UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60471-JJO

GRIFFEN LEE,

    Plaintiff,

v.

LAW OFFICE OF CHARLES G.
MCCARTHY JR. & ASSOCIATES,

    Defendant.
_____/

## JOINT STIPULATION AS TO STATUTORY DAMAGES

Plaintiff GRIFFEN LEE ("Plaintiff") and Defendant LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES ("Defendant"), by and through their respective undersigned counsel, stipulate that the amount of *statutory damages* in the above styled action shall be $1,000.00. As such, with respect to *attorneys' fees and costs*, of which Plaintiff is entitled pursuant to 15 U.S.C. § 1692k, Plaintiff shall file a Motion for Costs and Attorneys' Fees on or before the **May 29, 2018**, deadline set forth by this Court. See D.E. 86.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: May 22, 2018

Respectfully Submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi            . | /s/ Christine M. Moreno           . |
| **JIBRAEL S. HINDI, ESQ.** | **CHRISTINE M. MORENO, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 436150 |
| E-mail:   jibrael@jibraellaw.com | E-mail:   moreno4law@gmail.com |
| THE LAW OFFICES OF JIBRAEL S. HINDI | CHRISTINE M. MORENO, ATTORNEY, PA. |
| 110 SE 6th Street, Suite 1744 | 4450 SE Federal Highway |
| Fort Lauderdale, Florida 33301 | Stuart, Florida 34997 |
| Phone:   954-907-1136 | Phone:   772-288-1020 |
| Fax:     844-542-7235 | |
| | *COUNSEL FOR DEFENDANT* |

AND

 /s/ Thomas J. Patti              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tpatti@thomasjohnlaw.com
THOMAS-JOHN LAW, P.A.
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, Florida 33309
Phone:   954-543-1325
Fax:     954-507-9975

*COUNSEL FOR PLAINTIFF*