UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-60471-CIV-O'SULLIVAN
[CONSENT]

GRIFFEN LEE,

      Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

      Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on the parties' Joint Stipulation as to Statutory Damages (DE# 89, 5/22/18).  Having reviewed the joint stipulation and the Court file, it is:

**ORDERED AND ADJUDGED** as follows:

1.  Judgment is hereby entered in favor of the plaintiff, Griffen Lee, against the defendant, Charles G. McCarthy, Jr. d/b/a Law Office of Charles G. McCarthy Jr. & Associates, in the amount of $1,000  for which let execution issue.

2.  The plaintiff shall file a motion for attorneys' fees and costs by May 29, 2018.

3.  The Clerk of the Court is directed to deny all pending motions as moot;

**DONE and ORDERED** in chambers at Miami, Florida this **23rd** day of May, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record