**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:17-cv-60471-UU/JJO**

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. MCCARTHY, JR. d/b/a LAW
OFFICE OF CHARLES G. MCCARTHY JR.
& ASSOCIATES,

    Defendant.
_____/

**DECLARATION OF ATTORNEY JIBRAEL S. HINDI IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES**

In support of Plaintiff's Verified Motion for Award of Attorneys' Fees, I, Jibrael S. Hindi, Esq., make the following statement:

1. My name is Jibrael S. Hindi. I am a member in good standing of the Bars of the following Courts:

    a. Supreme Court of Florida
       Tallahassee, Florida
       Admitted September 21, 2015

    b. United States District Court for the Southern District of Florida
       Miami, Florida
       Admitted December 02, 2015

    c. United States District Court for the Middle District of Florida
       Tampa, Florida
       Admitted June 1, 2016

2. As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Finance, *cum laude*, on May 23, 2011. I then went on to attend law school at Nova Southeastern University. I was a member of the Nova Law Review. I graduated

law school *summa cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3. In September of 2015, I opened my law office as a sole practitioner. From inception, I have limited my practice to representing consumers.

4. I am an active member of the National Association of Consumer Advocates ("NACA").

5. I am an active member of the National Consumer Law Center ("NCLC").

6. I have been Plaintiff's counsel in over 250 consumer protection cases in Florida courts. I am also Plaintiff's counsel in several pending consumer protection class-action lawsuits.

6. I regularly attend legal seminars hosted by the National Consumer Law Center ("NCLC") and other consumer associations, including the following:

- *National Consumer Law Center 25th Annual Consumer Rights Litigation Conference (2016) (Anaheim, California)*
- *National Consumer Law Center, Fair Debt Collection Practices Conference (2017) (New Orleans, Louisiana)*
- *National Consumer Law Center 26th Annual Consumer Rights Litigation Conference (2017) (Washington, D.C.)*
- *National Consumer Law Center, Fair Debt Collection Practices Act Conference (2018) (Chicago, Illinois)*

7. On March 20, 2018 I had the privilege of being invited as a distinguished speaker at NCLC's 2018 Fair Debt Collection Practices Conference. I spoke to over 100 attorneys from around the nation regarding the prosecution of FDCPA cases against debt collectors in federal courts.

8. Additionally, I have attended at least ten intensive seminars which have dealt exclusively with FDCPA and/or TCPA litigation.

9. To the best of my knowledge, I am one of the most active litigators in the state of Florida with regards to Fair Debt Collection Practices Act cases.

10. Among my positive published decisions are the following citations:

- *Urquiaga v. Fin. Bus. and Consumer Sols., Inc.*, 16-CV-62110, 2016 WL 6877735, at *1 (S.D. Fla. Nov. 22, 2016)

- *Michael v. HOVG, LLC*, 232 F. Supp. 3d 1229 (S.D. Fla. 2017)

- *Pimentel v. Nationwide Credit, Inc.*, 17-20226, 2017 WL 5633310, at *2 (S.D. Fla. Nov. 13, 2017)

- *Lee v. Charles G. McCarthy, Jr.,* 17-cv-60471 (S.D. Fla. Dec. 19, 2017)

- *Revien v. Eastern Revenue, Inc.*, 9:17-CV-80959, 2018 WL 1412058, at *1 (S.D. Fla. Mar. 21, 2018)

- *Lee v. Charles G. McCarthy, Jr.,* 17-cv-60471 (S.D. Fla. May 14, 2018)

10. I am Plaintiff's counsel in this action.

11. I have expended a total of 75.1 hours in this matter. My kept time records (the "Joint Timecard") reflecting my services is attached to Plaintiff's Verified Motion for Award of Attorneys' Fees as Exhibit "D."

12. The reasonable hourly rate for my services is $405.00 per hour.

13. I have previously been approved for an hourly rate of $395.00/hour on a similar consumer protection case. *Prescott v. Frontline Asset Strategies, LLC.*, 0:17cv61802 (S.D. Fla. Oct. 18, 2017) (J. Moreno).

10. The lodestar calculation of attorney's fees for my time expended is $30,415.50 (75.1 hours multiplied by $405.00/hour).

11. These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Jibrael S. Hindi, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed May 28, 2018, in Fort Lauderdale, Florida.

  /s/ Jibrael S. Hindi              .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:      jibrael@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:      954-907-1136
Fax:          855-529-9540