## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:17-cv-60471-JJO

GRIFFEN LEE,

      Plaintiff,

v.

LAW OFFICE OF CHARLES G.
MCCARTHY JR. & ASSOCIATES,

      Defendant.

_____/

### DECLARATION OF ATTORNEY THOMAS J. PATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

In support of Plaintiff's Verified Motion for Award of Attorneys' Fees, I, Thomas J. Patti, Esq., make the following statement:

1.      My name is Thomas J. Patti. I am a member in good standing of the Bars of the following Courts:

      a.      Supreme Court of Florida
              Tallahassee, Florida
              Admitted September 21, 2015

      b.      United States District Court for the Southern District of Florida
              Miami, Florida
              Admitted December 02, 2015

      c.      United States District Court for the Middle District of Florida
              Tampa, Florida
              Admitted March 14, 2016

2.      As an undergraduate, I attended Florida Atlantic University and earned a Bachelor of Business Administration in Marketing and Management on May 23, 2011. I graduated law school *magna cum laude* from the Nova Southeastern University Law School on June 30, 2015.

3.      In September of 2015, I opened my law office as a sole practitioner. From inception, I have limited my practice representing consumers.

4.      I am an active member of the National Association of Consumer Advocates.

5.      I have been Plaintiff's counsel in 200 consumer protection cases in Florida district courts.

6.      Among my positive published decisions are the following citations:

- <u>Urquiaga v. Fin. Bus. and Consumer Sols., Inc.</u>, 16-CV-62110, 2016 WL 6877735, at *1 (S.D. Fla. Nov. 22, 2016);

- <u>Michael v. HOVG, LLC</u>, 232 F. Supp. 3d 1229 (S.D. Fla. 2017);

- <u>Pimentel v. Nationwide Credit, Inc.</u>, 17-20226, 2017 WL 5633310 (S.D. Fla. Nov. 13, 2017);

- <u>Lee v. Charles G. McCarthy, Jr.</u>, 17-cv-60471 (S.D. Fla. Dec. 19, 2017);

- <u>Lee v. Charles G. McCarthy, Jr.</u>, 17-cv-60471 (S.D. Fla. May 14, 2018).

6.      I am Plaintiff's counsel in this action.

7.      I have expended a total of 61.9 hours in this matter. My contemporaneously kept time records reflecting my services (the "Joint Timecard") is attached to Plaintiff's Verified Motion for Award of Attorneys' Fees as Exhibit "D."

8.      The reasonable hourly rate for my services is $380.00 per hour.

9.      Plaintiff's counsel has previously been approved for an hourly rate of $375.00/hour in a much less complex FDCPA/FCCPA case. <u>Perez v. National Credit Adjusters, LLC</u>, 17-cv-60324 (S.D. Fla. June 8, 2017) (J. Snow) (*Report and Recommendation adopted by* J. Dimitrouleas on June 22, 2017).

10.      The lodestar calculation of attorney's fees for my time expended is $23,522 (61.9 hours multiplied by $380.00/hour).

11.     These requested attorney's fees were reasonable and necessary to litigate this matter.

I, Thomas J. Patti, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true.

Executed May 28, 2018, in Fort Lauderdale, Florida.

   /s/ Thomas J. Patti                  .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:tpatti@thomasjohnlaw.com
THOMAS-JOHN LAW, P.A.
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, Florida 33309
Phone: 954-543-1325
Fax:    954-507-9975