# JOINT TIME CARD

Case No:    0:17-CV-60471

Styled:    Lee v. McCarthy

| Date | Activity | Attorney | Time | Rate | Total |
|---|---|---|---|---|---|
| 2/28/2017 | Consultation with Client | Hindi | 0.70 | $ 405.00 | $283.50 |
| 2/28/2017 | Review of Collection Letter, Extraction of Information for Investigation of Creditor, Origional Creditor and Defendant. | Hindi | 1.50 | $ 405.00 | $607.50 |
| 3/1/2017 | Communication with Client re: Potential Lawsuit and Discussion of Possible Class Action | Hindi | 0.50 | $ 405.00 | $202.50 |
| 3/1/2017 | Research of Defendant's Corporate Filings and Registration as a Consumer Collection Agency in FL | Patti | 0.50 | $ 380.00 | $190.00 |
| 3/1/2017 | Review of Other Lawsuits Against Defendant | Patti | 1.00 | $ 380.00 | $380.00 |
| 3/2/2017 | Review of Keycite Notices for Determinative Rulings | Patti | 0.50 | $ 380.00 | $190.00 |
| 3/3/2017 | Communication with Client to Advise on Findings and | Hindi | 0.30 | $ 405.00 | $121.50 |
| 3/4/2017 | Draft, Proof and Finalize Complaint and Exhibits | Patti | 4.50 | $ 380.00 | $1,710.00 |
| 3/2/2017 | Communication with Client | Hindi | 0.20 | $ 405.00 | $81.00 |
| 3/4/2017 | Prepare Coversheet, Summons and Final Review and Filing of Complaint and Exhibits | Hindi | 1.00 | $ 380.00 | $380.00 |
| 3/6/2017 | Communication with Client re: Issuance of Summons and Deadline of Defendant to Answer | Hindi | 0.10 | $ 405.00 | $40.50 |
| 3/20/2017 | Review of Order Requiring Counsel to Meet and Confer and Prepare Scheduling Plan | Hindi | 0.50 | $ 405.00 | $202.50 |
| 3/30/2017 | Review of Order to Show Cause | Hindi | 0.50 | $ 405.00 | $202.50 |
| 3/30/2017 | Review of Answer by Defendant | Hindi | 1.50 | $ 405.00 | $607.50 |
| 4/6/2017 | Review of Letter by Clerk to Defendant [D.E. 13] | Hindi | 0.20 | $ 405.00 | $81.00 |
| 4/7/2017 | Review of Court's Order Denying Defendant's Motion for Access to SD FL EM/ECF | Hindi | 0.20 | $ 405.00 | $81.00 |
| 4/10/2017 | Review of Defendant's Response to Show Cause | Hindi | 0.10 | $ 405.00 | $40.50 |
| 4/10/2017 | Review of Defendant's Motion Access to the Southern District of Florida's Electronic Filing System | Hindi | 0.40 | $ 405.00 | $162.00 |
| 4/12/2017 | Review of Court's Order Requiring Clarification | Hindi | 0.20 | $ 405.00 | $81.00 |
| 4/14/2017 | Draft of Response to Court's Order Requiring Clarification | Patti | 2.50 | $ 380.00 | $950.00 |
| 4/17/2017 | Review and Filing of Response to Court's Order Requiring | Hindi | 0.50 | $ 405.00 | $202.50 |
| 5/1/2017 | Review of Court's Order Striking Defendant's Answer | Hindi | 0.50 | $ 405.00 | $202.50 |
| 5/10/2017 | Email from Opposing Counsel | Hindi | 0.10 | $ 405.00 | $40.50 |
| 5/10/2017 | Email to and from Opposing Counsel | Hindi | 0.20 | $ 405.00 | $81.00 |
| 5/10/2017 | Review of Defendant's Renewed Answer | Hindi | 0.80 | $ 405.00 | $324.00 |
| 5/12/2017 | Review of Order to Show Cause re: Joint Scheduling Report | Hindi | 0.10 | $ 405.00 | $40.50 |
| 5/12/2017 | Review and Response to Email from Opposing Counsel | Hindi | 0.20 | $ 405.00 | $81.00 |
| 5/12/2017 | Preparation of Joint Scheduling Report and Proposed Order for Presentation to Opposing Counsel | Patti | 1.50 | $ 380.00 | $570.00 |
| 5/12/2017 | Email to opposing Counsel of Proposed Report and Order | Patti | 0.10 | $ 380.00 | $38.00 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/16/2017 | Legal Research 11th Cir. Posture on Issues Raised (by Request from Opposing Counsel) | Hindi | 1.50 | $405.00 | $607.50 |
| 5/16/2017 | Phone call and Email with Opposing Counsel Regaring 11th | Hindi | 0.50 | $405.00 | $202.50 |
| 5/16/2017 | Meet and Confer with Opposing Counsel | Hindi | 0.70 | $405.00 | $283.50 |
| 5/17/2017 | Review and Filing of Joint Scheduling Report | Hindi | 0.30 | $405.00 | $121.50 |
| 5/18/2018 | Review of Defendant's Motion to Appear by Phone at Pre-Trial Conference and email conferral | Hindi | 0.20 | $405.00 | $81.00 |
| 5/22/2017 | Review of Order Denying Defendant's Motion to Appear by Phone at Pre-Trial Conference | Hindi | 0.10 | $405.00 | $40.50 |
| 5/24/2017 | Review of Scheduling Order | Hindi | 0.30 | $405.00 | $121.50 |
| 5/24/2017 | Review of Order Refering Case to Mediation. | Hindi | 0.10 | $405.00 | $40.50 |
| 6/1/2017 | Review of Notice of Unavailability | Hindi | 0.10 | $405.00 | $40.50 |
| 6/1/2017 | Email Conferral re Mediator Selection | Hindi | 0.10 | $405.00 | $40.50 |
| 6/5/2017 | Email with Opposing Counsel and Mediator Scheduling | Hindi | 0.10 | $405.00 | $40.50 |
| 6/8/2017 | Preperation of Plaintiff's First Set of Discovery Requests | Patti | 3.50 | $380.00 | $1,330.00 |
| 6/9/2017 | Service of Plaintiff's First Set of Discovery Requests | Hindi | 0.10 | $405.00 | $40.50 |
| 6/9/2017 | Draft and Filing of Mediator Selection | Hindi | 0.50 | $405.00 | $202.50 |
| 6/9/2017 | Review of Order Scheduling Mediation | Hindi | 0.10 | $405.00 | $40.50 |
| 6/23/2017 | Review of First Amended Answer and Counter-Claim | Hindi | 1.00 | $405.00 | $405.00 |
| 6/24/2017 | Research of Issues Raised in Counter-Claim | Patti | 2.50 | $380.00 | $950.00 |
| 6/26/2017 | Review of Order Expediting Response to Counter-Claim | Hindi | 0.10 | $405.00 | $40.50 |
| 6/26/2017 | Review of Unopposed Motion to Strike certain Defenses | Hindi | 0.50 | $405.00 | $202.50 |
| 6/27/2017 | Review of Order Granting Unopposed Motion to Strike | Hindi | 0.20 | $405.00 | $81.00 |
| 7/1/2017 | Draft of Motion for Judgment on the Pleadings and Motion to Dismiss Counter-Claims | Patti | 7.50 | $380.00 | $2,850.00 |
| 7/3/2017 | Draft of Motion for Judgment on the Pleadings and Motion to Dismiss Counter-Claims | Patti | 3.50 | $380.00 | $1,330.00 |
| 7/5/2017 | Review and Filing of Draft of MJP and MTD Counter-Claims | Hindi | 1.50 | $405.00 | $607.50 |
| 7/5/2017 | Review of Order Expediting Response of Plaintiff's | Hindi | 0.10 | $405.00 | $40.50 |
| 7/11/2017 | Email to opposing Counsel | Hindi | 0.10 | $405.00 | $40.50 |
| 7/12/2017 | Review of Defendant's Resposes and Objections to | Hindi | 2.70 | $405.00 | $1,093.50 |
| 7/12/2017 | Review of Opposition to Plaintiff's MJP/MTD | Hindi | 1.00 | $405.00 | $405.00 |
| 7/17/2017 | Draft of Reply to Opposition to MJP/MTD | Patti | 3.50 | $380.00 | $1,330.00 |
| 7/19/2017 | Finalization, Review and Filing of Reply to Opposition to | Hindi | 1.50 | $405.00 | $607.50 |
| 8/24/2017 | Review of Order to Show Cause re: Joint Status Report | Hindi | 0.20 | $405.00 | $81.00 |
| 8/25/2017 | Review of Email from Opposing Counsel re: Status Report | Hindi | 0.10 | $405.00 | $40.50 |
| 8/28/2017 | Draft of Status Report | Patti | 1.50 | $380.00 | $570.00 |
| 8/28/2017 | Email to and From Opposing Counsel re: Proposed Status | Hindi | 0.10 | $405.00 | $40.50 |
| 8/29/2017 | Review of Email from Opposing Counsel re: Proposed Status Report and email Response | Hindi | 0.10 | $405.00 | $40.50 |
| 8/29/2017 | Call with Opposing Counsel re: Proposed Status Report | Hindi | 0.20 | $405.00 | $81.00 |
| 8/30/2017 | Review and Filing of Status Report | Hindi | 0.30 | $405.00 | $121.50 |
| 9/18/2017 | Review of Order Granting in Part Plaintiff's MJP and Dismissing Defendant's Counter-Claim | Hindi | 0.80 | $405.00 | $324.00 |
| 9/18/2017 | Preparation for Mediation | Hindi | 1.00 | $405.00 | $405.00 |
| 9/18/2017 | Mediation | Hindi | 2.00 | $405.00 | $810.00 |
| 9/26/2017 | Review of Order to Show Cause re: Mediation Report | Hindi | 0.10 | $405.00 | $40.50 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/28/2017 | Email from Opposing Counsel re: Mediation Report | Hindi | 0.10 | $405.00 | $40.50 |
| 9/28/2017 | Drafting of Plaintiff's MSJ | Hindi | 5.00 | $405.00 | $2,025.00 |
| 9/29/2017 | Drafting of Plaintiff's MSJ | Hindi | 5.50 | $405.00 | $2,227.50 |
| 9/30/2017 | Drafting of Plaintiff's MSJ an Statement of Undisputed Facts | Hindi | 2.00 | $405.00 | $810.00 |
| 10/2/2017 | Finalization, Review and Filing of Plaintiff's MSJ | Hindi | 3.50 | $405.00 | $1,417.50 |
| 10/16/2017 | Email to Opposing Counsel | Hindi | 0.10 | $405.00 | $40.50 |
| 10/16/2017 | Review of Opposition to Plaintiff's MSJ | Hindi | 1.50 | $405.00 | $607.50 |
| 10/18/2017 | Draft of Reply to Response to Plaintiff's MSJ | Hindi | 4.50 | $405.00 | $1,822.50 |
| 10/19/2017 | Email From Opposing Counsel | Hindi | 0.10 | $405.00 | $40.50 |
| 10/23/2017 | Finalization, Review and Filing of Reply to Response to | Hindi | 1.50 | $405.00 | $607.50 |
| 10/30/2017 | Review of Order to Show Cause re: Joint Pre-trial | Hindi | 0.10 | $405.00 | $40.50 |
| 11/1/2017 | Emails to and From Opposing Counsel re: preperation of Joint Pretrial Stipulation | Patti | 1.00 | $380.00 | $380.00 |
| 11/1/2017 | Draft of Response to Order to show cause re: Joint Pre-trial | Patti | 2.00 | $380.00 | $760.00 |
| 11/2/2017 | Filing of Response to Order to show cause re: Joint Pre-trial | Patti | 0.10 | $380.00 | $38.00 |
| 11/2/2017 | Review of Defendant's Motion to Strike | Hindi | 0.20 | $405.00 | $81.00 |
| 11/14/2017 | Review of Order on Motion to Strike | Hindi | 0.20 | $405.00 | $81.00 |
| 11/15/2017 | Preparation of Joint Pretrial Documents and Stipulation | Patti | 5.50 | $380.00 | $2,090.00 |
| 11/15/2017 | Email to and From Opposing Counsel regarding third party | Patti | 0.50 | $380.00 | $190.00 |
| 11/16/2017 | Email to and From Opposing Counsel re: Pre-Trial | Patti | 0.30 | $380.00 | $114.00 |
| 11/17/2017 | Review of Opposing Counsels Proposed Pre-Trial | Patti | 0.50 | $380.00 | $190.00 |
| 11/17/2017 | Review of Order Resetting Scheduling Order | Hindi | 0.10 | $405.00 | $40.50 |
| 11/17/2017 | Filing of Joint Pretrial Documents and Stipulation | Patti | 0.10 | $380.00 | $38.00 |
| 11/28/2017 | Draft of Joint Motion to Continue Trial | Patti | 1.50 | $380.00 | $570.00 |
| 11/29/2017 | Filing of Joint Motion to Continue Trial | Patti | 0.10 | $380.00 | $38.00 |
| 12/8/2017 | Review of Order Denying Motion to Continue | Hindi | 0.10 | $405.00 | $40.50 |
| 12/19/2017 | Review of Modified Scheduling Order | Hindi | 0.10 | $405.00 | $40.50 |
| 12/19/2017 | Review of Order Granting Plaintiff Partial Summary Judgment and Request for Briefing | Hindi | 0.80 | $405.00 | $324.00 |
| 12/19/2017 | Draft Response to Court's Request for Briefing re: Burden of | Patti | 3.50 | $380.00 | $1,330.00 |
| 12/20/2017 | Finalization, Review and Filing of Court's Request for Briefing re: Burden of Proof | Patti | 0.50 | $380.00 | $190.00 |
| 12/20/2017 | Draft of Plaintiff's Motion for Reconsideration | Patti | 2.00 | $380.00 | $760.00 |
| 12/21/2017 | Finalization, Review and Filing of Draft of Plaintiff's Motion for Reconsideration | Hindi | 0.50 | $405.00 | $202.50 |
| 12/21/2017 | Research and Email to Opposing Counsel Regarding Self-Representation Conflict | Hindi | 1.50 | $405.00 | $607.50 |
| 12/21/2017 | Preparation for Pretrial Conference | Hindi | 2.00 | $405.00 | $810.00 |
| 12/22/2017 | Pretrial Conference Hearing | Hindi | 2.50 | $405.00 | $1,012.50 |
| 12/22/2017 | Review of Order Referring Case to Magistrate Judge | Hindi | 0.10 | $405.00 | $40.50 |
| 12/23/2017 | Post hearing email to Opposing Counsel | Hindi | 0.20 | $405.00 | $81.00 |
| 12/27/2017 | Review of Magistrate's Order Setting Status Conference | Hindi | 0.10 | $405.00 | $40.50 |
| 12/28/2017 | Email to Opposing Counsel | Patti | 0.10 | $380.00 | $38.00 |
| 1/2/2018 | Draft and Filing of Joint Motion to Modify Scheduling Order | Patti | 2.20 | $380.00 | $836.00 |
| 1/16/2018 | Preparation for Status Conference | Patti | 1.50 | $380.00 | $570.00 |
| 1/17/2018 | Status Conference Hearing | Patti | 1.00 | $380.00 | $380.00 |
| 1/17/2018 | Review of New Scheduling Order | Hindi | 0.20 | $405.00 | $81.00 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/28/2018 | Draft of Plaintiff's Motion for Summary Judgment | Hindi | 2.50 | $405.00 | $1,012.50 |
| 1/30/2018 | Draft of Plaintiff's MSJ and Statement of Undisputed Facts | Hindi | 2.00 | $405.00 | $810.00 |
| 1/31/2018 | Finalization, Review and Filing of Draft of Plaintiff's Motion for Summary Judgment | Patti | 1.50 | $380.00 | $570.00 |
| 2/1/2018 | Review of Defendant's Motion for Summary Judgment | Hindi | 1.20 | $405.00 | $486.00 |
| 2/11/2018 | Draft of Response in Opposition to Defendant's MSJ | Hindi | 1.80 | $405.00 | $729.00 |
| 2/12/2018 | Draft of Response in Opposition to Defendant's MSJ | Hindi | 1.50 | $405.00 | $607.50 |
| 2/14/2018 | Finalization, Review and Filing of Response in Opposition to | Patti | 0.80 | $380.00 | $304.00 |
| 2/15/2018 | Review of Defendant's Response in Opposition to Plaintiff's | Hindi | 0.40 | $405.00 | $162.00 |
| 2/18/2018 | Draft of Reply to Opposition to Plaintiff's MSJ | Patti | 1.50 | $380.00 | $570.00 |
| 2/19/2018 | Draft of Reply to Opposition to Plaintiff's MSJ | Patti | 1.00 | $380.00 | $380.00 |
| 2/21/2018 | Finalization, Review and Filing of Reply to Opposition to | Hindi | 1.00 | $405.00 | $405.00 |
| 2/22/2018 | Review of Reply to Plaintiff's Opposition to Defendant's MSJ | Hindi | 0.30 | $405.00 | $121.50 |
| 5/9/2018 | Review of Order Canceling Hearing | Hindi | 0.10 | $405.00 | $40.50 |
| 5/14/2018 | Review of Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's MSJ | Hindi | 0.20 | $405.00 | $81.00 |
| 5/14/2018 | Review of Order Requiring Briefing on Damages | Hindi | 0.10 | $405.00 | $40.50 |
| 5/21/2018 | Conferral with Opposing Counsel on Stipulation as to | Hindi | 0.20 | $405.00 | $81.00 |
| 2/22/2018 | Conferral with Opposing Counsel on Stipulation as to | Hindi | 0.10 | $405.00 | $40.50 |
| 2/22/2018 | Prepare and File Stipulation as to Damages | Patti | 0.30 | $380.00 | $114.00 |
| 2/23/2018 | Review of Judgement in Favor of Plaintiff | Hindi | 0.10 | $405.00 | $40.50 |
| 5/23/2018 | Draft of Plaintiff's Motion For Attorney Fees and Costs | Hindi | 2.00 | $405.00 | $810.00 |
| 5/27/2018 | Draft of Plaintiff's Motion For Attorney Fees and Costs | Hindi | 1.50 | $405.00 | $607.50 |
| 5/28/2018 | Draft of Plaintiff's Motion For Attorney Fees and Costs | Patti | 0.80 | $380.00 | $304.00 |

**Total Hours: 137.00**   **Total Fees: $53,937.50**