IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-60471

**GRIFFEN LEE,**

    Plaintiff,

vs.

**CHARLES G. MCCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES,**

    Defendant.

_____/

NOTICE OF APPEAL

    Notice is hereby given that CHARLES G. MCCARTHY, JR. d/b/a LAW OFFICE OF CHARLES G. MCCARTHY JR. & ASSOCIATES, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment in a Civil Case entered in this action on the 23rd day of May, 2018.

Dated: June 25, 2018

Respectfully submitted,

CHARLES G. MCCARTHY, JR.

By: s/ Christine Moreno
Defendant's Attorney

/s/ Christine M. Moreno
**CHRISTINE M. MORENO, ESQ.**
Florida Bar No.: 436150
E-mail: moreno4law@gmail.com
CHRISTINE M. MORENO, ATTORNEY, PA.
4450 SE Federal Highway
Stuart, Florida 34997
Phone: 772-288-1020

/s/ Charles G. McCarthy, Jr.
**CHARLES G. MCCARTHY, JR., ESQ.**
E-mail: charlie@mccarthy.net
MCCARTHY, JR. AND ASSOCIATES
707 North Easy Street, Suite Two
Bloomington, Illinois 61701
Phone: 309-828-7000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically served The Law Offices of Jibrael S. Hindi, PLLC and Thomas John Law, P.A. by filing with the Clerk of Court's Electronic Filing System on JUNE 25, 2018 before 11:59 PM.

/**s/Charles G. McCarthy, Jr.**
Attorney for Defendant Charles G.
McCarthy, Jr. and Associates
2100 Manchester Road
Suite 1450
Wheaton, IL  60187
630-571-4126
charlie@mccarthy.net