UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-60471-CIV-O'SULLIVAN
[CONSENT]

GRIFFEN LEE,

    Plaintiff,

v.

CHARLES G. McCARTHY, JR.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on the plaintiff's Verified Motion for Award of Attorneys' Fees (DE# 91, 5/28/18) and the Plaintiff's Verified Bill of Costs (DE# 92, 5/28/18). Having held a hearing and granted in part both motions in a separate order (DE# 98, 7/23/18), it is:

**ORDERED AND ADJUDGED** as follows:

1. Judgment on the award of attorneys' fees and costs is hereby entered in favor of the plaintiff, Griffen Lee, against the defendant, Charles G. McCarthy, Jr. d/b/a Law Office of Charles G. McCarthy Jr. & Associates, in the amount of $35,642.50 for which let execution issue.

2. The Clerk of the Court is directed to deny all pending motions as moot.

3. The Clerk of the Court shall close this case.

**DONE and ORDERED** in chambers at Miami, Florida this **23rd** day of July, 2018.

                                  JOHN J. O'SULLIVAN
                                  UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record