UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-60471-JO

GRIFFEN LEE

    Plaintiff,

vs.

CHARLES G. McCARTHY, JR.
d/b/a LAW OFFICE OF CHARLES G.
MCCARTHY JR & ASSOCIATES,

    Defendant.
_____/

### AGREED ORDER GRANTING WITHDRAWAL OF DEFENDANT'S CO-COUNSEL

THIS MATTER came before this Court upon the Agreed Motion of Withdrawal of Defendant's Counsel, Christine M. Moreno, Esquire of Christine M. Moreno, Attorney, PA and upon being duly advised in the premises, it is:

    1. Granted. Defendant's Counsel, Christine M. Moreno, Esquire of Christine M. Moreno, Attorney, PA, is hereby withdrawn as counsel of record for Defendant, The Law Offices of Charles G. McCarthy, Jr., & Associates, in this matter and for any appellate matters.

    2. ~~Defendant, The Law Offices of Charles G. McCarthy, Jr., & Associates, will have _____ days to locate substitute legal counsel.~~

Done and Ordered this 23 day of July, 2018.

_____
The Honorable John J. O'Sullivan
US Magistrate, Southern District of Florida

Copies Furnished to: Counsel of Record